UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ERIC D. PERRY, | No. 15-cv-3525 LB |
| Petitioner, | **ORDER** |
| v. | [Re: ECF No. 7] |
| DISTRICT ATTORNEY REBECCA WISE; JEFF ROSEN, | |
| Respondents. | |

This action was dismissed on September 9, 2015 because Eric Perry had not exhausted his state court remedies for any of the claims in his petition for writ of habeas corpus challenging his recent conviction in Santa Clara County Superior Court for which he was sentenced to four years in prison on July 15, 2015. Mr. Perry then sent the court a letter asking for directions on proceeding in state court and for this court to withdraw monies from his inmate trust account to pay the filing fee in this action. (ECF No. 7 at 1.)[1]

This court does not supply the forms for a prisoner to challenge a state court conviction. Mr. Perry should contact his jail's law library or the appropriate state court to obtain a form petition for writ of habeas corpus to file in state court. His letter (ECF No. 7) shows that he already has the correct addresses for the Santa Clara County Superior Court and the California Court of Appeal. The address for the California Supreme Court is 350 McAllister Street, San Francisco, CA 94102. Mr. Perry is reminded that he should not file a new petition for writ of habeas corpus in federal court

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

15-cv-3525 LB
ORDER

unless and until he files a petition for writ of habeas corpus (or a petition for review) in the California Supreme Court and that court denies his petition. Only then should he file another petition in this court.

It is Mr. Perry's responsibility to contact his inmate trust account office and request that office to send the $5.00 filing fee to this court for the filing fee. This court is not able to contact the inmate trust account office on his behalf..

**IT IS SO ORDERED.**

Dated: September 23, 2015



LAUREL BEELER
United States Magistrate Judge